**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

EDWARD C. GELLOCK,                      )
                                        )
                    Plaintiff,          )
          v.                            )          Civil Action No. 07-8 Erie
                                        )
PRISON HEALTH SERVICES, INC.,           )
et al.,                                 )
                                        )
                    Defendants.         )

## MEMORANDUM ORDER

_____Plaintiff's civil rights complaint was received by the Clerk of Court on January 19, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's oral report and recommendation, entered on the record on February 9, 2007, recommended that the Plaintiff's Motion [4] for Temporary Restraining Order be denied, as Plaintiff is receiving treatment for his condition but is disagreeing with the treatment given.  The parties were allowed ten (10) days from the date of service to file objections.  Both parties participated in the hearing telephonically and were thus present to receive the Magistrate Judge's ruling.  No objections were filed.  After de novo review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 6th Day of March, 2007;

IT IS HEREBY ORDERED that the Plaintiff's Motion [4] for Temporary Restraining Order is DENIED.

The report and recommendation of Magistrate Judge Baxter, entered orally on the record on February 9, 2007, is adopted as the opinion of this Court.

s/ SEAN J. McLAUGHLIN
Sean J. McLaughlin
United States District Judge

cc:    all parties of record
       U.S. Magistrate Judge Baxter